UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC EUGENE GREEN,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>FRANKLIN, et al.,<br><br>　　　　　Defendants. | **CASE NO. 1:15-cv-1548-LJO-MJS (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>**(ECF NO. 19)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 27, 2016, the undersigned issued Findings and Recommendations recommending that Plaintiff be allowed to proceed on his First Amendment claim against Defendants Franklin and Ramos. (ECF No. 17.) Those Findings and Recommendations were adopted in full by the district judge assigned to this case on January 19, 2017, and Plaintiff was directed to submit service documents within thirty days from the date of the Order.  (ECF No. 20.)

In the interim, Plaintiff filed a motion for clarification, stating that he had not yet received the documents necessary to effectuate service on the Defendants. Plaintiff is hereby informed that those documents were ordered to be mailed to him only upon the district judge's adoption of the Findings and Recommendations. Plaintiff should receive

those documents shortly. Once he receives them, he is advised to adhere to the submission deadline set forth in the district judge's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's January 9, 2017, motion for clarification (ECF No. 19) is GRANTED.

IT IS SO ORDERED.

Dated: __January 23, 2017__    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE