UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC EUGENE GREEN,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>FRANKLIN, et al.,<br><br>　　　　　　Defendants. | **CASE NO. 1:15-cv-1548-LJO-MJS (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION OBJECTING TO ANY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(ECF NO. 36)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion objecting to any extension of time for Defendants to respond to Plaintiff's First Amended Complaint. Since that pleading was dismissed on June 8, 2017, for failure to state a claim (see ECF No. 35), IT IS HEREBY ORDERED that Plaintiff's motion (ECF No. 36) is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　November 30, 2017　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1