

FILED
MAR 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC EUGENE GREEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANKLIN,<br><br>　　　　Defendant. | Case No. 1:15-cv-01548-LJO-MJS (PC)<br><br>ORDER THAT INMATE CEDRIC EUGENE GREEN, CDCR # F-38011 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on March 23, 2018, inmate Cedric Eugene Green, CDCR #F-38011, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Date: 3/23/2018

_____
UNITED STATES MAGISTRATE JUDGE

1